

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2020

No. 04-20-00305-CV

### IN THE INTEREST OF A.K.P., A CHILD

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01650
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Appellant Mom's brief was due to be filed with this court on October 12, 2020. *See* TEX. R. APP. P. 38.6(a). On the due date, Mom filed a motion for a twenty-day extension of time to file her brief.

Appellant Mom's motion is GRANTED. Her brief is due on November 2, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2020.



_____
Michael A. Cruz,
Clerk of Court